# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DIANE STREETER**

vs.  CASE NUMBER: 5:07-CV-858 (FJS)

**COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Motion for Judgment on the Pleadings is DENIED, that Defendant's Motion for Judgment on the Pleadings is AFFIRMED and the Complaint is hereby DISMISSED.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, dated the 26th day of April, 2011.

DATED: April 29, 2011

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk